# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-00170-JLS-ADS  　　　　　　　　　　Date: July 24, 2019
Title: Chang Hyun Shin v. Starbucks Corporation

PRESENT: **The Honorable JOSEPHINE L. STATON, U.S. District Judge**

| Terry Guerrero | None |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:
　　　　None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION**

　　　The Court hereby ORDERS plaintiff to show cause in writing no later than, **July 31, 2019**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiffs, the Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- **Motion for Entry of Default Judgment**

　　　No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: tg