JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:19-cv-00170-JLS-ADS | Date | August 2, 2019 |
|---|---|---|---|
| Title | Chang Hyun Shin v. Starbucks Corporation et al. | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE**

    The Court, having previously issued an Order to Show Cause why this action should not be dismissed for failure to prosecute (Doc. 16), with the response due no later than July 31, 2019, and the Court having received no response, the matter is hereby DISMISSED.

    **IT IS SO ORDERED.**

: 

Initials of Preparer    tg